UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMIRO CONTRERAS, | CASE NO. ED CV 13-1978-VAP (PJW) |
| Petitioner, | |
| v. | JUDGMENT |
| DAVID LONG, | |
| Respondent. | |

Pursuant to the Order Dismissing Petition With Prejudice,

IT IS HEREBY ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: Nov. 7 2013.

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-State Habeas\CONTRERAS, R 1978\Judgment.wpd